```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 11-08374-JJT
Alexander B. Michie                                                 Chapter 13
Linda C. Michie
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: karendavi          Page 1 of 1          Date Rcvd: Jan 18, 2017
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2017.
db/jdb     ++++ALEXANDER B. MICHIE,    LINDA C. MICHIE,   4462 WOODSIDE DR,   E STROUDSBURG PA  18301-8762
             (address filed with court:  Alexander B. Michie,   RR3 Box 3161,   E. Stroudsburg, PA  18301)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John F Goryl    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Peter J Ashcroft    on behalf of Creditor    National Capital Management, LLC as servicing agent
               for GE Capital Corporation pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              Philip W. Stock    on behalf of Joint Debtor Linda C. Michie pwstock@ptd.net
              Philip W. Stock    on behalf of Debtor Alexander B. Michie pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Alexander B. Michie  
aka Boyd Michie  
RR3 Box 3161  
E. Stroudsburg, PA 18301  

Linda C. Michie  
RR3 Box 3161  
E. Stroudsburg, PA 18301  

Chapter 13  
Case No. 5:11−bk−08374−JJT  

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−7906  
xxx−xx−5640  

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 18, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: karendavis, Deputy Clerk